UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CABLE THOMAS PARKS                                                                                PLAINTIFF

v.                                          2:19-cv-00008-JM-JJV

RICKY THORN, Deputy,
Monroe County Sheriff's Department; *et al.*                                                      DEFENDANTS

# ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may PROCEED with his excessive force, sexual harassment, conditions of confinement, and inadequate medical care claims against Defendants Thorn and Elkins in their individual capacities only.

2. All other claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 22nd day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE