# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CABLE THOMAS PARKS                                                                                    PLAINTIFF

v.                                           2:19-cv-00008-JM-JJV

RICKY THORN, Deputy,
Monroe County Sheriff's Department; *et al.*                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

   1.   Why the record made before the Magistrate Judge is inadequate.

   2.   Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

**I.   DISCUSSION**

Cable Thomas Parks ("Plaintiff") was confined in the Prairie County Jail when he commenced this *pro se* action, pursuant to 42 U.S.C. § 1983. (Doc. No. 2.) On January 28, 2019, I granted Plaintiff *in forma pauperis* status, explained his obligations under Local Rule 5.5(c)(2), and advised him of the consequences if he failed to abide by that rule.[1] (Doc. No. 4.)

Thereafter, mail sent to Plaintiff was returned undeliverable because he had been released from custody without providing a new address to the Clerk, as required by Local Rule 5.5(c)(2). (Doc. No. 7.) On March 25, 2019, I gave Plaintiff thirty (30) days to provide his current mailing address to the Clerk and to file another Application to Proceed *In Forma Pauperis* ("IFP Application) demonstrating whether he was still entitled to proceed *in forma pauperis* after his

---

[1]Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

release. (Doc. No. 9.) I warned Plaintiff his case would be dismissed if he did not timely do so. (*Id.*) Plaintiff provided the Court with a new mailing address, but he did not file an IFP Application. (Doc. No. 17.) On April 23, 2019, I ordered the Clerk to send Plaintiff another IFP Application at his new address and warned him that I would recommend dismissal of this case if he failed to file it or pay the filing fee in full within thirty (30) days. (Doc. No. 20.) My Order, as well as several other pleadings, have been returned undeliverable at the address provided by Plaintiff. (Doc. No. 25.)

The time for Plaintiff to file a new IFP Application has expired. He has been advised of his obligation to maintain a current mailing address with the Clerk and warned of the consequences for failing to timely respond to Court orders. Thus, I recommend this case be dismissed pursuant to Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. The case be DISMISSED without prejudice due to lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of May 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

3