UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CABLE THOMAS PARKS                                                                                PLAINTIFF

v.                                        2:19-cv-00008-JM-JJV

RICKY THORN, Deputy,
Monroe County Sheriff's Department; *et al.*                                                DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 17th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE