UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CABLE THOMAS PARKS                                                                               PLAINTIFF

v.                                           2:19-cv-00008-JM-JJV

RICKY THORN, Deputy,
Monroe County Sheriff's Department; *et al.*                                                     DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 17th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE